UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EUN YOUNG CHOI,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-01989-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted;

2. Respondents are enjoined from continuing to detain Petitioner unless no later than **May 6, 2026**, she is provided with an individualized bond hearing before an immigration judge wherein (1) the government bears the burden of establishing by clear and convincing evidence that Petitioner is a flight risk or danger to the community, and (2) the immigration judge must consider alternative conditions of release and Petitioner's financial circumstances when setting a bond amount; and

3. The Clerk of Court is directed to close this case.

DATED: April 29, 2026

_____

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE